■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTY WILLIAMS, Appellant. [655 NYS2d 379] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 25, 1996 (*People v Williams*, 233 AD2d 536), affirming a judgment of the Supreme Court, Queens County, rendered November 23, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes*, 463 US 745). Rosenblatt, J. P., O'Brien, Ritter and Friedmann, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALVIN SPITZER, on Behalf of LEROY NELSON, Petitioner, v JAMES KRALIK et al., Respondents. [655 NYS2d 395] —Writ of habeas corpus in the nature of an application for bail reduction upon Rockland County Indictment No. 96-421.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the County Court, Rockland County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Kruger*, 25 NY2d 497, 499; *see, People ex rel. Rosenthal v Wolfson*, 48 NY2d 230). Rosenblatt, J. P., Thompson, Altman and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAT V. STISO, on Behalf of DARREN MAZZARELLA, Petitioner, v JOSEPH MIRANDA, as Warden of the Westchester County Jail, Respondent. [655 NYS2d 397] —Writ of habeas corpus in the nature of an application for bail upon Westchester County Indictment No. 1595/96, or to release the defendant on his own recognizance.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Westchester County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Kruger*, 25 NY2d 497, 499; *see, People ex rel. Rosenthal v Wolfson*, 48 NY2d 230). Sullivan, J. P., Pizzuto, Santucci and Joy, JJ., concur.